# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| ELIZABETH YORBA, Individually and on behalf of other employees similarly siutated, <br> *Plaintiff* <br> v. <br> BARRINGTON SCHOOL, LLC, et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:21-cv-691 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 7/5/2022 the Court GRANTS ECF No. 30 Joint Motion to Approve Settlement in this Fair Labor Standards Act Collective Action. This case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 7/5/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*